# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JANE LOUISE GASSNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:06-CV-1335 CAS |
| JAY WOLFE TOYOTA, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims as contained in the First Amended Complaint are **DISMISSED**.

*/s/ Charles A. Shaw*
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of May, 2007.